UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-91-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LANCE WHITAKER | |

On motion of the defendant, Lance Whitaker, and for good cause shown, it is hereby ORDERED that the **[DE 91]** be sealed until further notice by this Court.

SO ORDERED. This 28 day of August 2017.

　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge