UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-91-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE WHITAKER | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 93 and its accompanying order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's

SO ORDERED. This 28 day of August 2017.

*/s/ Dever*
JAMES C. DEVER III
Chief United States District Judge