UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-00091-D

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| LANCE WHITAKER | |

On motion of the Defendant, Lance Whitaker, and for good cause shown, it is hereby ORDERED that [DE 145 and 146] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _8_ day of February 2021.

_____
JAMES C. DEVER
United States District Judge