UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-91-D1

UNITED STATES OF AMERICA

v.

ORDER TO SEAL

LANCE WHITAKER

On motion of the Defendant, Lance Whitaker, and for good cause shown, it is hereby

ORDERED that DE 154 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __4__ day of ~~April~~ May, 2021.

JAMES C. DEVER III
United States District Judge